# United States District Court

SOUTHERN DISTRICT OF NEW YORK

HWB VICTORIA STRATEGIES PORTFOLIO, GÜNTHER BRAUN, HWB RENTEN PORTFOLIO PLUS, HWB QUO VADIS, HWB ALEXANDRA STRATEGIES PORTFOLIO, NW GLOBAL STRATEGIES, VICTORIA STRATEGIES PORTFOLIO LTD., AND HWB PORTFOLIO PLUS,

Plaintiffs,

-against-

THE REPUBLIC OF ARGENTINA,

Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 07 CV 10657

To: (name and address of Defendants)

The Republic of Argentina
c/o Banco de la Nacion Argentina
225 Park Avenue
New York, New York 10170

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFFS' ATTORNEYS, Dreier LLP, 499 Park Avenue, New York, New York 10022, an answer to the complaint which is herewith served upon you, within 60 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, default judgment will be taken against you for the relief demanded in the amended complaint.

J. MICHAEL McMAHON

CLERK

DATE: NOV 2 8 2007

BY DEPUTY CLERK

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE |
| NAME OF SERVER (PRINT) | TITLE |
| Check one box below to indicate appropriate method of service | |

STATE OF NEW YORK      )
                       ):ss:
COUNTY OF NEW YORK     )

        JANE DOLAN, being duly sworn, deposes and says:

        I am over eighteen years of age, not a party to this lawsuit and reside in New York, New York. On November 29, 2007, I caused to be served by hand delivery true copies of the foregoing *Summons and Complaint, Civil Cover Sheet, and Rule 7.1 Statement* on The Republic of Argentina by hand delivering same to Ms. Martha Perez, a representative of Banco de la Nacion Argentina, located at 225 Park Avenue, 3rd Floor, New York, New York 10170, who represented to me that she is authorized to accept service on behalf of The Republic of Argentina. Ms. Perez is an Hispanic woman in her forties,, approximately 5'2" and 130 pounds, with brown/grey hair and wears glasses.

                                                        Jane Dolan

Sworn to before me this
4th day of December, 2007

*[signature]*
Notary Public

ASENETH WHEELER - RUSSELL
Notary Public, State of New York
No. 01WH6092028
Qualified in Kings County
Commission Expires May 12, 2011

{00310250.DOC;2}