UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X
HWB VICTORIA STRATEGIES PORTFOLIO, et al,  :
:
                  Plaintiffs,      :      07 Civ. 10657 (TPG)
:
- against -    :
:      CERTIFICATE OF
THE REPUBLIC OF ARGENTINA,    :      SERVICE
:
                  Defendant.    :
:
------------------------------------------------------------------------ X

        I, Richard V. Conza, an attorney admitted to practice in the State of New York and the Managing Attorney of the firm of Cleary Gottlieb Steen & Hamilton LLP, attorneys for the Republic of Argentina, hereby certify that:

        1. On the 28th day of January 2008, the Answer of Defendant The Republic of Argentina was served by First Class Mail upon:

> Marc S. Dreier, Esq.
> Joel A. Chernov, Esq.
> Regina M. Alter, Esq.
> Dreier LLP
> 499 Park Avenue
> New York, New York 10022

        2. This service was made by an assistant managing clerk of this firm under my general supervision.

Dated:   New York, New York
            January 28, 2008

                                                    /s/Richard V. Conza
                                                       Richard V. Conza