≡AO 154 (10/03) Substitution of Attorney

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/28/09

# UNITED STATES DISTRICT COURT

Southern District of New York

HWB Victoria Strategies Portfolio, et al.
    Plaintiff (s),
V.
The Republic of Argentina
    Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 07cv10657

Notice is hereby given that, subject to approval by the court, __HWB Alexandra Strategies Portfolio__ substitutes
(Party (s) Name)

__Michael C. Spencer, Milberg LLP__, State Bar No. __1474162__ as counsel of record in
(Name of New Attorney)

place of __Joel A. Chernov, Dreier LLP__ .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name: Milberg LLP
    Address: One Pennsylvania Plaza, New York, NY 10119
    Telephone: (212) 594-5300      Facsimile (212) 868-1229
    E-Mail (Optional): mspencer@milberg.com

I consent to the above substitution.
Date: _____
        (Signature of Party (s))

I consent to being substituted.
Date: 9/17/09
        (Signature of Former Attorney (s))

I consent to the above substitution.
Date: SEP 1 7 2009
        (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 10/27/09
        Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]