```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/28/09
```

AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

_____ Southern _____   **District of**   _____ New York _____

HWB Victoria Strategies Portfolio, et al.

Plaintiff (s),

v.

The Republic of Argentina

Defendant (s),

**CONSENT ORDER GRANTING
SUBSTITUTION OF ATTORNEY**

**CASE NUMBER:** 07cv10657

Notice is hereby given that, subject to approval by the court, _____ HWB Quo Vadis _____ substitutes
(Party (s) Name)

Michael C. Spencer, Milberg LLP _____ , State Bar No. 1474162 _____ as counsel of record in
(Name of New Attorney)

place of _____ Joel A. Chernov, Dreier LLP _____ .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name:       Milberg LLP

Address:         One Pennsylvania Plaza, New York, NY 10119

Telephone:       (212) 594-5300          Facsimile (212) 868-1229

E-Mail (Optional): mspencer@milberg.com

I consent to the above substitution.

Date: _____

(Signature of Party (s))

I consent to being substituted.

Date:   9/17/09

(Signature of Former Attorney (s))

I consent to the above substitution.

Date:   SEP 1 7 2009

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:   10/27/09

Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**