AO 154 (10/03) Substitution of Attorney

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/28/09
```

# UNITED STATES DISTRICT COURT

__Southern__ District of __New York__

HWB Victoria Strategies Portfolio, et al.
                    Plaintiff(s),
          V.
The Republic of Argentina
                    Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 07cv10657

Notice is hereby given that, subject to approval by the court, __HWB Renten Portfolio Plus__ substitutes
(Party(s) Name)

__Michael C. Spencer, Milberg LLP__, State Bar No. __1474162__ as counsel of record in
(Name of New Attorney)

place of __Joel A. Chernov, Dreier LLP__.
(Name of Attorney(s) Withdrawing Appearance)

Contact information for new counsel is as follows:

  Firm Name:       Milberg LLP
  Address:         One Pennsylvania Plaza, New York, NY 10119
  Telephone:       (212) 594-5300          Facsimile (212) 868-1229
  E-Mail (Optional): mspencer@milberg.com

I consent to the above substitution.
Date: _____
                                          (Signature of Party(s))

I consent to being substituted.
Date: 9/17/09
                                          (Signature of Former Attorney(s))

I consent to the above substitution.
Date: SEP 1 7 2009
                                          (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.
Date: 10/27/09
                                          Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]